**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Citizant, Inc., )<br>)<br>   Plaintiff, )<br>   v. )<br>) Civil Action No. 1:10-cv-380(GBL/JFA)<br>Jeskell Incorporated and FusionStorm, )<br>)<br>   Defendants. )<br>) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the undersigned, the attorneys for Plaintiff Citizant, Inc., on the one hand, and Defendants Jeskell Inc. and FusionStorm, Inc., on the other hand, that this action shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 9 2010

Respectfully Submitted,

| ___/s/___ | ___/s/ per email of August 9, 2010___ |
|---|---|
| Julie M. Carpenter (Va. Bar No. 30421) | Stacey Rose Harris, Esq. (Va. Bar No. 65887) |
| Katherine A. Fallow (admitted *pro hac vice*) | Sara M. Sakagami (Va. Bar No. 77278) |
| Ajay B. Sutaria (admitted *pro hac vice*) | DiMuroGinsberg, PC |
| Jenner & Block LLP | 908 King Street, Suite 200 |
| 1099 New York Avenue, NW, Suite 900 | Alexandria, VA  22314 |
| Washington, DC  20001 | Tel: (703) 684-4333 |
| Tel: (202) 639-6000 | Fax: (703) 548-3181 |
| Fax: (202) 639-6066 | *Counsel for Defendants Jeskell, Inc. and* |
| *Counsel for Plaintiff Citizant, Inc.* | *FusionStorm* |

David C. Tobin, Esq. (admitted *pro hac vice*)
Ziad P. Haddad, Esq. (admitted *pro hac vice*)
Tobin, O'Connor & Ewing
5335 Wisconsin Avenue, NW, Suite 700
Washington, DC  20015
Tel: (202) 362-5900
Fax: (202) 362-6579
*Counsel for Defendants Jeskell, Inc. and FusionStorm*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 9th day of August 2010, I served the foregoing Stipulation of Voluntary Dismissal Without Prejudice by mailing by first class mail, postage prepaid, a true and correct copy of the foregoing to counsel of record for Defendants Jeskell, Inc. and FusionStorm:

      Stacey Rose Harris, Esq.
      Sara M. Sakagami, Esq.
      Dimuro Ginsberg PC
      908 King St
      Suite 200
      Alexandria, VA 22314
      *Counsel for Defendants Jeskell, Inc. and FusionStorm*

      David C. Tobin, Esq. (admitted *pro hac vice*)
      Ziad P. Haddad, Esq. (admitted *pro hac vice*)
      Tobin, O'Connor & Ewing
      5335 Wisconsin Avenue, N.W. Ste. 700
      Washington, DC 20015
      *Counsel for Defendants Jeskell, Inc. and FusionStorm*

        /s/
      Julie M. Carpenter (Va. Bar No. 30421)
      Katherine A. Fallow (admitted *pro hac vice*)
      Ajay B. Sutaria (admitted *pro hac vice*)
      JENNER & BLOCK LLP
      1099 New York Avenue, N.W., Suite 900
      Washington, DC  20001
      Tel. (202) 639-6000
      Fax (202) 639-6066
      *Attorneys for Plaintiffs Citizant Inc.*